No. D–1962.  IN RE DISBARMENT OF NEILL.  Motion to defer consideration denied.  Disbarment entered.  [For earlier order herein, see 524 U. S. 914.]

No. D–1966.  IN RE DISBARMENT OF TAYLOR.  Disbarment entered.  [For earlier order herein, see 524 U. S. 925.]

No. D–1968.  IN RE DISBARMENT OF HERZOG.  Disbarment entered.  [For earlier order herein, see 524 U. S. 935.]

No. D–1975.  IN RE DISBARMENT OF ROSE.  Disbarment entered.  [For earlier order herein, see 524 U. S. 966.]

No. D–1978.  IN RE DISBARMENT OF BRIDGE.  Disbarment entered.  [For earlier order herein, see 524 U. S. 967.]

No. D–1979.  IN RE DISBARMENT OF POST.  Disbarment entered.  [For earlier order herein, see 524 U. S. 967.]

No. D–1981.  IN RE DISBARMENT OF UTTERBACK.  Disbarment entered.  [For earlier order herein, see 524 U. S. 967.]

No. D–1982.  IN RE DISBARMENT OF MOORE.  Disbarment entered.  [For earlier order herein, see 524 U. S. 967.]

No. D–1983.  IN RE DISBARMENT OF PLATO.  Disbarment entered.  [For earlier order herein, see 524 U. S. 968.]

No. D–1989.  IN RE DISBARMENT OF WOLFROM.  Carl Thompson Wolfrom, of Columbus, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1990.  IN RE DISBARMENT OF TAYLOR.  Wyatt Nowlin Taylor, of Shelbyville, Tenn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1991.  IN RE DISBARMENT OF BECKER.  Herbert Arnold Becker, of Sterling, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.